IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| OWAIIAN M. JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:15-cv-00559 |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATIONS, *et al.*, | ) | By: Elizabeth K. Dillon<br>United States District Judge |
| Defendants. | ) | |

**ORDER**

In accordance with the Memorandum Opinion entered this day, it is hereby ORDERED that the complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and the action is STRICKEN from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: October 21, 2015.

*Elizabeth K. Dillon*
United States District Judge